# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| GEORGINA STEPHENS AND LARRY ALEXANDER, | Civil No. 12-2453 (JRT/SER) |
| Plaintiffs, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | |
| Defendant, | |

_____

Georgina Stephens and Larry Alexander, Post Office Box 40293, St. Paul, MN 55104, pro se plaintiffs.

Kendall Bader, **BARNES & THORNBURG LLP**, 225 South Sixth Street, Suite 2800, Minneapolis, MN 55402, for defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau, dated January 28, 2013 [Docket No. 11]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Remand and Amend Complaint [Docket No. 2] is **DENIED.**

DATED: February 22, 2013                                  ____s/John R. Tunheim_____
at Minneapolis, Minnesota.                                         JOHN R. TUNHEIM
                                                                   United States District Judge